SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CASBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   E-Mail:  erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JUAN BERNARD BERNAL-MARQUEZ, <br>     Defendant. | No. CR 07-0071 MHP <br><br> [~~PROPOSED~~] ORDER AND STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM APRIL 23, 2007, TO MAY 7, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) <br><br> Status Conference Date: April 23, 2007 |

    The parties appeared before the Court on March 8, 2007. At that time, this case was put over until April 23, 2007 for a status conference. After discussions, the parties request that the matter be continued to May 7, 2007 for a status conference, and stipulate as follows:

    1.    AUSA Frick will be unavailable on April 23, 2007, and will also be unavailable

No. CR 07-0071 MHP
[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME

1  from that date through at least May 3, 2007, due to her attendance at a training seminar in
2  Columbia, South Carolina.
3       2.   In addition, the parties continue to be involved in ongoing plea negotiations.
4  Defense counsel has also requested additional discovery – specifically, tapes of immigration
5  hearings.  AUSA Frick has requested that the ICE agent locate those tapes, but they have not yet
6  been received.
7       3.   The parties agree to an exclusion of time under the Speedy Trial Act, and the
8  defendant consents to that exclusion.  Failure to grant the requested continuance would
9  unreasonably deny both government and defense counsel reasonable time necessary to obtain
10 documents relating to the defendant's prior immigration hearings, to prepare effectively, and to
11 conduct effective plea negotiations, and would disrupt continuity of counsel due to AUSA
12 Frick's unavailability from April 23, 2007 through at least May 3, 2007.  See 18 U.S.C. §
13 3161(h)(8)(A) & (B)(iv).
14      4.  Given these circumstances, the ends of justice served by excluding the period from
15 April 23, 2007 to May 7, 2007 outweigh the best interest of the public and the defendant in a
16 speedy trial.  Id. § (h)(8)(A).
17              IT IS SO STIPULATED.

19 DATED: _____            _____/S/_____
                                             ERIKA R. FRICK
20                                           Assistant United States Attorney

22 DATED: _____            _____/S/_____
                                             STEVEN J. KOENINGER
23                                           Attorney for Juan Bernard Bernal-Marquez

25              [~~PROPOSED~~] ORDER

26     With the agreement of the parties, and with the consent of the defendant, the Court enters
27 this order (1) scheduling a status conference on May 7, 2007, before the Honorable Marilyn Hall

No. CR 07-0071 MHP
[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME

Patel; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: __April 24, 2007_____

_____
THE HONORABLE MARILYN H. PATEL
United States District Judge



No. CR 07-0071 MHP
[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME